UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                              :         CASE NO.: 17-21741-LMI
                                                    :
PAUL ALVIN SVENSEN, JR,                             :         CHAPTER 7
                                                    :
     Debtor.                                        :
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1. On February 13, 2018, the Trustee filed a Motion for Turnover of Property (2006 Bentley Continental Flying Spur) [D.E. #64]. This Motion was approved by the Court [D.E. #91].

2. The vehicle was sold at auction on July 8, 2018 [D.E. #127] in the amount of $15,000.00.

3. The Trustee has received all funds owed to the estate from the Debtor.

ROBERT A. ANGUEIRA
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail rangueir@bellsouth.net

By _____
   ROBERT A. ANGUEIRA
   Chapter 7 Trustee
   Florida Bar No. 0833241

Case No.: 17-21741-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 28th day of February, 2019, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 28th day of February, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Nicholas B. Bangos    nick@nbbpa.com, bazban13@gmail.com
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Gavin N Stewart    bk@stewartlegalgroup.com
- Peter B Weintraub    pbw@weintraublawfirm.com, law@weintraublawfirm.com

ROBERT A. ANGUEIRA
16 SW 1st Avenue
Miami, FL
Tel. (305) 263-3328
e-mail rangueir@bellsouth.net

By _____
ROBERT A. ANGUEIRA
Chapter 7 Trustee
Florida Bar No. 0833241

2